LAW OFFICES OF
# FREDERICK K. BREWINGTON

ATTORNEYS AND COUNSELORS AT LAW
50 CLINTON STREET, SUITE 501
HEMPSTEAD, N.Y. 11550-4282

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

FREDERICK K. BREWINGTON

IRA FOGELGAREN

GREGORY CALLISTE, JR.
VALERIE M. CARTRIGHT

June 21, 2007

**VIA ELECTRONIC CASE FILING**
Honorable Arthur D. Spatt
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    White v. Town of Southampton, et. al.
             Docket No.: CV-06-0140 (ADS)

Dear Judge Spatt:

    As you are aware, we are the attorneys representing the Plaintiff, Dorothy White, in the above referenced matter. We respectfully wish to inform the Court that the parties have reached a settlement, and request that jury selection, now scheduled for Monday, June 25, 2007, be cancelled. Upon finalization of the settlement documents, a *Stipulation of Discontinuance* will be provided to the Court.

    We thank the Court for its consideration.

Respectfully submitted,

FREDERICK K. BREWINGTON

cc:    Jeltje DeJong, Esq. (via facsimile only)
FKB:pl